UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSE QUEZADA, *on behalf of himself and all* :
*others similarly situated*, :
                               Plaintiff, : 20 Civ. 10700 (LGS)
:
             -against- : ORDER
:
WEBY CORP., :
:
                             Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan and Scheduling Order, dated February 19, 2021 (Dkt. No. 13), directed the parties to file a joint status letter by April 26, 2021.

    WHEREAS, the parties have not filed such letter. It is hereby

    **ORDERED** that by **April 29, 2021**, the parties shall file a joint status letter as outlined in Individual Rule IV.A.2.

Dated: April 27, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**