UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

-against-

WEBY CORP.,

                              Defendant.
------------------------------------------------------------X

20 Civ. 10700 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant has filed a letter seeking a conference on a motion to dismiss Plaintiff's First Amended Complaint ("FAC") (ECF 30). Plaintiff opposes (ECF 32). It is hereby

**ORDERED** that the parties shall appear for a conference regarding Defendant's proposed motion on **June 17, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The time of the conference is approximate but the parties shall be ready to proceed by that time.

Dated: June 7, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE