UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

-against-

WEBY CORP.,

                             Defendant.
------------------------------------------------------------X

20 Civ. 10700 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 17, 2021, the parties appeared for a conference regarding Defendant's pre-motion letter regarding a proposed motion to dismiss Plaintiff's First Amended Complaint (Dkt. No. 30).  It is hereby

**ORDERED** that by **June 24, 2021**, the parties shall file a joint letter per the Individual Rules setting forth proposed next steps for any settlement discussions, including whether the parties wish to be referred to the Court-annexed mediation program.

Dated: June 17, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE